# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**AZIZ MUKHTAROV #A249-111-808**          **CASE NO.  1:25-CV-02127 SEC P**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**WARDEN LASALLE I C E PROCESSING**       **MAG. JUDGE KAYLA D. MCCLUSKY**
**CENTER**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, after a de novo review and considering the objections and response, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 33] be **DENIED** and that the petition for writ of habeas corpus be **DENIED** and **DISMISSED**, without prejudice to petitioner's right to assert a challenge under *Zadvydas* once he has been detained for a sufficient length of time under a final order of removal.

**THUS DONE AND SIGNED** in Chambers on the 20th day of May, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE